# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00663-CR

**Demetrius Deante Harris a/k/a Arian M. McKinley, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 53986, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Demetrius Deante Harris seeks to appeal from a judgment of conviction for aggravated robbery. The trial court has certified that this is a plea bargain case and Harris has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The court has also certified that Harris waived his right of appeal. The appeal is dismissed. *See id*. rule 25.2(d).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed: December 11, 2003

Do Not Publish